McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JACKIE LYNN SILVA, | Case No. 1:17-cv-00513-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended until March 14, 2018. This is Defendant's first request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the government's position due to

conflicting due dates. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: February 8, 2018                Cerney, Kreuze & Lott, LLP

                                By:   */s/ Shellie Lott\**
                                      SHELLIE LOTT
                                      Attorney for Plaintiff
                                      (*By e-mail authorization on 02/08/18)


Dated: February 8, 2018               McGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                By:   */s/ Donna W. Anderson*
                                      DONNA W. ANDERSON
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

///

///

///

///

///

///

///

# **ORDER**

Pursuant to the parties' stipulation, Defendant shall file any Opposition/Response to Plaintiff's Motion for Summary Judgment (Doc. 16), no later than **March 14, 2018**. Any reply shall be filed within fifteen (15) days of the filing of the Opposition.

IT IS SO ORDERED.

Dated: **February 11, 2018** /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE