McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JACKIE LYNN SILVA, | Case No. 1:17-cv-00513-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME |
| NANCY A. BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended until April 13, 2018. This is Defendant's second request for an extension of time to respond. Defense counsel requires additional time to fully review the administrative record and consider the government's position due to

conflicting due dates. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be accordingly extended.

Respectfully submitted,

Date: March 14, 2018          Cerney, Kreuze & Lott, LLP

By:    */s/ Shellie Lott\**
       SHELLIE LOTT
       Attorney for Plaintiff
       (*By e-mail authorization on 03/13/18)

Dated: March 14, 2018         McGREGOR W. SCOTT
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

By:    */s/ Donna W. Anderson*
       DONNA W. ANDERSON
       Special Assistant United States Attorney
       Attorneys for Defendant

///

///

///

///

///

///

///

2

## ORDER

Pursuant to the stipulation of the parties, Defendant's second request for an extension of time is granted. Defendant shall file her Opposition no later than **April 13, 2018.** Any Reply is due within fifteen days after the filing of the Opposition.

IT IS SO ORDERED.

Dated: **March 15, 2018**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE