McGREGOR W. SCOTT
United States Attorney
DEBOROAH LEE STACHEL, CSBN 230138
Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    Email: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JACKIE LYNN SILVA, | Case No. 1:17-cv-0513-GSA |
| Plaintiff, | **STIPULATION AND ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

-1-

On remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) for a new hearing and a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: *April 9, 2018*  Cerney, Kreuze & Lott, LLP

By: */s/ Shellie Lott\**
SHELLIE LOTT
*\* By email authorization on 04/09/18*
Attorney(s) for Plaintiff

Dated: *April 9, 2018*  McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Chief Counsel, Region IX
Social Security Administration

By: */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation (Doc. 21), the final decision of the Commissioner is reversed, and the case is remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four. On remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ) for a new hearing and a new decision. The Clerk of the Court is directed to enter judgment in favor of Plaintiff, Jackie

Lynn Silva, and against Defendant, Nancy A. Berryhill, the Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **April 11, 2018**         **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE